# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

141407

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

BETH HOFFMAN, Personal Representative of
the Estate of EDGAR BROWN, Deceased,
        Plaintiff-Appellee,

v

                                 SC: 141407
                                 COA: 289011
                                 Calhoun CC: 2003-003576-NH

DR. PETER BARRETT,
        Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the June 3, 2010 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *Ligons v Crittenton Hosp* (Docket No. 139978) and *Green v Pierson* (Docket No. 140808) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.

      DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

d1115

_____
Clerk